**Vacate and Dismiss and Opinion Filed December 28, 2022**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00891-CV**

**DANELDA AUSTIN, Appellant**

**V.**

**THE HOUSING AUTHORITY OF THE CITY OF DALLAS, TEXAS - PARK MANOR, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-02671-B**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Carlyle, and Justice Garcia
Opinion by Justice Carlyle

This is an appeal from the trial court's final judgment of possession in a forcible detainer suit. The judgment was not superseded, and a writ of possession was served on appellant. Because it appeared appellant was no longer in possession of the property, and a forcible detainer action generally becomes moot when the tenant is no longer in possession of the premises, we questioned our jurisdiction over the appeal. *See Marshall v. Housing Auth. of City of San Antonio*, 198 S.W.3d 782, 785, 787 (Tex. 2006) (possession of premises is only issue in forcible detainer action; issue of possession becomes moot when tenant vacates property unless tenant has

"potentially meritorious claim of right to current, actual possession"); *Olley v. HVM, L.L.C.*, 449 S.W.3d 573, 575 (Tex. App.—Houston [14th Dist.] 2014, pet. denied) (appellate courts lack jurisdiction over moot controversies).

By letter dated November 23, 2022, we directed appellant to file a letter brief addressing the Court's concern and cautioned that failure to comply by December 5, 2022 could result in dismissal of the case. To date, appellant has not filed a letter brief or otherwise communicated with the Court.

When, as here, a case becomes moot on appeal, the appellate court must set aside the trial court's judgment and dismiss the case. *See Marshall*, 198 S.W.3d at 785, 790. Accordingly, on the record before us, we vacate the trial court's final judgment of possession and dismiss the case as moot. *See id.* at 790.

|  |  |
|---|---|
| | /Cory L. Carlyle// |
| 220891f.p05 | CORY L. CARLYLE |
| | JUSTICE |



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

DANELDA AUSTIN, Appellant

No. 05-22-00891-CV      V.

THE HOUSING AUTHORITY OF
THE CITY OF DALLAS, TEXAS –
PARK MANOR, Appellee

On Appeal from the County Court at
Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-22-02671-
B.
Opinion delivered by Justice Carlyle,
Chief Justice Burns and Justice
Garcia participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's September 12, 2022 judgment and **DISMISS** the case.

Judgment entered this 28th day of December 2022.